**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| AARON IVORY, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | 1:15-CV-02150-ELR |
| | * | |
| R.L. BUTCH CONWAY and | * | |
| MRS. SANCHEZ, | * | |
| | * | |
| Respondents. | * | |

_____

**O R D E R**

_____

This matter is before the Court on Magistrate Judge Russell G. Vineyard's Final Report and Recommendation ("R&R") (Doc. No. 7), to which there are no objections.[1] Importantly, Judge Vineyard recommends the Court grant Respondent R.L. Bruce Conway's Motion to Dismiss (Doc. No. 6) and deny Petitioner a certificate of appealability ("COA").

The Court has reviewed the R&R and agrees with Judge Vineyard's findings. Accordingly, the R&R (Doc. No. 7) is **ADOPTED** as the Order of this Court, Respondent's Motion to Dismiss (Doc. No. 6) is **GRANTED**, this action is **DISMISSED WITHOUT PREJUDICE**, and Petitioner is **DENIED** a COA.

---

[1] A copy of the R&R mailed to Petitioner was returned to the Court as undeliverable. (Doc. No. 9.)

**SO ORDERED**, this 7th day of October, 2015.

*Eleanor L. Ross*
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE